UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEHMET KAHVECI, P.C. d/b/a FANEUIL HALL DENTAL ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS BANK, N.A.<br><br>Defendant, | CIVIL ACTION NO. 1:18-cv-10459 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Pete S. Michaels with the law firm Mintz Levin Cohn Ferris Glovsky and Popeo, PC, as counsel for Defendant, Citizens Bank, N.A., in the above captioned matter.

DATED: July 10, 2018

Respectfully submitted,

CITIZENS BANK

By its attorney,

/s/ Pete S. Michaels
Pete S. Michaels (BBO #553535)
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
617-542-6000 (Tel.)
617-542-2241 (Fax)
psmichaels@mintz.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on July 10, 2018, a true copy of the above **NOTICE OF APPEARANCE** was filed in accordance with the Court's Electronic Filing Guidelines and will be sent to all counsel of record by operation of the Court's electronic filing system.

                                        /s/ Pete S. Michaels