# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEHMET KAHVECI, P.C. d/b/a FANEUIL HALL DENTAL ASSOCIATES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITIZENS BANK, N.A.<br><br>　　　　Defendant, | CIVIL ACTION NO. 1:18-cv-10459 |

## NOTICE OF WITHDRAWAL OF MICHAEL E. PASTORE

　　Michael E. Pastore hereby withdraws as counsel for Defendant Citizens Bank, N.A.  Pete Michaels of the firm Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. will continue to represent Citizens Bank, N.A.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Michael E. Pastore_____
　　　　　　　　　　　　　　　　　　　Michael E. Pastore (BBO# 669692)
　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP
　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　Tel.: (617) 310-6000
　　　　　　　　　　　　　　　　　　　Fax.: (617) 310-6001
　　　　　　　　　　　　　　　　　　　pastorem@gtlaw.com

Dated: July 10, 2018

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicted as non-registered participants on July 10, 2018.

      /s/ Michael E. Pastore
      Michael E. Pastore