UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mehmet Kahveci
        Plaintiff(s)

v.          CIVIL ACTION NO. 1:18-cv-10459-FDS

Citizens Bank N.A.
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

SAYLOR U.S.D.J

**IT IS ORDERED AND ADJUDGED:** Pursuant to the Memorandum and Order of this court on 01/28/2019, Summary Judgment is GRANTED for the Defendant. This action is hereby dismissed

ROBERT M. FARRELL
CLERK OF COURT

Dated: 01/28/2019

By /s/ Taylor Halley
Deputy Clerk